UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN T. SMITH,

       Plaintiff,

vs.                                                                                         Civil Action No.:
                                                                                                                                          1:24-cv-03367-GS

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
-------------------------------------------------------------X

## ORDER

AND, NOW, this ___ day of September, 2024, the parties' proposed schedule in this matter is GRANTED.  The schedule is set as follows:

- Plaintiff's brief is due on, or before, October 23, 2024;

- Defendant's brief is due on, or before, December 23, 2024;

- Plaintiff's reply, if any, is due on or before, January 13, 2025.

                                                                                                  _____
                                                                                                  GARY STEIN
                                                                                                  US MAGISTRATE JUDGE

                                                                                                  DATE: September 19, 2024
                                                                                                          New York, New York