**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHAWN T. SMITH,

                Plaintiff,             24 **CIVIL** 3367 (JGLC)(GS)

      -v-                **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 10, 2024, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a hearing.

**Dated:** New York, New York
          December 10, 2024

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**             *K. Mango*

                                                         **Deputy Clerk**